IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARQUITA MARTIN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACT. NO. 2:19-cv-496-ECM |
| | ) (WO) |
| BURGER KING, *et al.*, | ) |
| Defendants. | ) |

**OPINION and ORDER**

On January 31, 2020, the Magistrate Judge entered a Recommendation (doc. 12) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's abandonment of her claims, her failure to comply with the orders of the Court, and her failure to prosecute this action.

A separate Final Judgment will be entered.

Done this 16th day of March, 2020.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE